UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY SEREVETAS. <br><br> Plaintiffs, <br><br> v. <br><br> SELECTIVE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Civil Action No.:  13-7552 (PGS) <br><br> ORDER |

A Report and Recommendation was filed on September 10, 2014 recommending that Plaintiff's Complaint be dismissed based on Plaintiff's failure to comply with Court Orders, participate in scheduled conferences and prosecute this matter. The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 25th day of September, 2014,

**ORDERED** that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 13 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's Complaint be dismissed with prejudice.

_____
PETER G. SHERIDAN, U.S.D.J.